UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Case No. 2:21-cv-02793-SHM-tmp |
| | ) |
| CEDAR BLUFF PROPERTIES CORP. and STEPHEN STANSELL, | ) ) |
| | ) |
|     Defendants. | ) |
| | ) |

**ORDER GRANTING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

Before the Court is Plaintiff's December 21, 2021 application to proceed in District Court without prepaying fees or costs (D.E. 2). For good cause shown, the motion is GRANTED.

IT IS SO ORDERED this 25th day of March, 2022.

                                                  */s/ Samuel H. Mays, Jr.*
                                                  SAMUEL H. MAYS, JR.
                                                  UNITED STATES DISTRICT JUDGE