IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JEREMY GREY,**

    Plaintiff,

v.                                                                                  Case No. 2:21-cv-2793-SHM-tmp

**CEDAR BLUFF PROPERTIES**
**CORP. and STEPHEN STANSELL,**

    Defendants.

### ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSTION OF TIME TO RESPOND TO THE COMPLAINT

Before the Court is Defendants' April 14, 2022 unopposed motion for an extension of time to respond to the complaint (D.E. 10). For good cause shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that the time within which Defendants shall respond to the complaint shall be and hereby is extended through and including May 14, 2022.

ENTERED this 15th day of April, 2022.

                                                    */s/ Samuel H. Mays, Jr.*
                                                    SAMUEL H. MAYS, JR.
                                                    UNITED STATES DISTRICT JUDGE